WESTLEY U. VILLANUEVA, ESQ
Nevada Bar No.: 8708
WUV FIRM, LLC
6767 W. Tropicana Avenue, 2ND Floor
Las Vegas, NV 89103
702-955-4933
wes@wuvfirm.com

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AILEEN ORMSBY et al., <br><br> Plaintiffs, <br> v. <br><br> NEXUS RVS, LLC et al., <br><br> Defendants. | Case No.: 2:25-cv-01337-JCM-BNW <br><br> **STIPULAITON AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFS** |

 Plaintiff(s), AILEEN ORMSBY and GEORGE ORMSBY, hereby stipulates with the defendant, NEXUS RVS, LLC. that Plaintiff's counsel have up to and including November 7, 2025 to submit to this court a supplemental brief on the claim of exemption.

 The Parties further stipulate that the Response from Defendant will be due on or before November 17, 2025. The parties anticipate this matter will resolve prior to those dates and the appropriate stipulation will be filed should the matter be resolved.

 **IT IS SO STIPULATED**

DATED this 8th day of October 2025.      DATED this 8th day of October 2025

**WUV FIRM LLC**            **HUTCHISON & STEFFEN, PLLC**

By: /s/ Westley U. Villanueva, Esq.    By: /s/ William R. Urga, Esq.
  Westley U. Villanueva, Esq.       William R. Urga, Esq.
  NV State Bar No 8708          NV State Bar No 1195
  6767 W Tropicana, 2nd Floor       10080 W. Alta Drive, Suite 200
  Las Vegas, NV 89103          Las Vegas, NV 89145
  Attorney for Plaintiffs          Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above stipulation is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's submit the supplement to the claim of exemption no later than November 7, 2025.

IT IS FURTHER ORDERED that Defendant's response be due no later than November 17, 2025.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 10, 2025

**Westley Villanueva**

---

**From:** William R. Urga <wurga@hutchlegal.com>
**Sent:** Thursday, October 9, 2025 1:34 PM
**To:** Westley Villanueva
**Subject:** RE: 2:25-cv-01337-JCM-BNW - Aileen Ormsby et al. v. Nexus RVS, LLC et al.,

Westley, you have my permission to use my electronic signature.

Bill

William R. Urga
Partner



HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

Notice of Confidentiality: The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized..

**From:** Westley Villanueva <wes@wuvfirm.com>
**Sent:** Wednesday, October 08, 2025 4:11 PM
**To:** William R. Urga <wurga@hutchlegal.com>
**Subject:** 2:25-cv-01337-JCM-BNW - Aileen Ormsby et al. v. Nexus RVS, LLC et al.,

**CAUTION:** This email originated from outside the organization.

Hello,

I've drafted a quick stipulation to extend our dates in an abundance of caution. I am still trying to locate the funds that have been levied upon. I have not been able to locate them as of yet.

Please let me know if you have any changes to the stipulation and if a signature can be added to your signature line or feel free to sign as needed. Thank you.

Westley U. Villanueva, Esq.
WUV Firm
6767 W. Tropicana Avenue, 2nd Floor
Las Vegas, NV 89103
702-955-4933

**Privileged and Confidential**

1