WESTLEY U. VILLANUEVA, ESQ
Nevada Bar No.: 8708
WUV FIRM, LLC
6767 W. Tropicana Avenue, 2ND Floor
Las Vegas, NV 89103
702-955-4933
wes@wuvfirm.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AILEEN ORMSBY et al., | Case No.: 2:25-cv-01337-JCM-BNW |
| Plaintiffs, | |
| v. | **STIPULAITON AND ORDER TO RELEASE LEVIED FUNDS TO DEFENDANT NEXUS RVS, LLC AND SATSIFY JUDGMENTS AGAINST ALL PLAINTIFF(S).** |
| NEXUS RVS, LLC et al., | |
| Defendants. | |

Plaintiff(s), AILEEN ORMSBY, GEORGE ORMSBY, and TWO J's ENTERPRISES LLC, hereby stipulates with the Defendant(s), NEXUS RVS, LLC. and DAVID LINT that Plaintiff's hereby withdraw their claim of exemption and funds levied in the amount of $41,201.10 be released to Hutchison & Steffen, PLLC.

/ / /

/ / /

/ / /

The Parties further stipulate that all judgments related to case number 2:25-cv-01337-JCM-BNW against AILEEN ORMSBY, GEORGE ORMSBY, and TWO J's ENTERPRISES LLC shall be satisfied.

**IT IS SO STIPULATED**

DATED this 4th day of November 2025.                     DATED this 4th day of November 2025

**WUV FIRM LLC**                                         **HUTCHISON & STEFFEN, PLLC**
   /s/ Westley U. Villanueva., Esq.                        /s/ William R. Urga, Esq.
By: _____                    By: _____
   Westley U. Villanueva, Esq.                             William R. Urga, Esq.
   NV State Bar No 8708                                    NV State Bar No 1195
   6767 W Tropicana, 2nd Floor                             10080 W. Alta Drive, Suite 200
   Las Vegas, NV 89103                                     Las Vegas, NV 89145
   Attorney for Plaintiffs                                 Attorneys for Defendants

### ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that Bank of America shall release the funds held in the account belonging to the Ormsby's ending in 9266 via a check in the amount of $41,201.10 made out to Hutchison & Steffen PLLC Trust Account, and mailed to the following address via UPS:

> HUTCHISON & STEFFEN, PLLC
> c/o William Urga
> 10080 West Alta Drive, Suite 200
> Las Vegas, Nevada 89145

**IT IS FURTHER ORDERED** that the judgments against AILEEN ORMSBY, GEORGE ORMSBY, and TWO J's ENTERPRISES LLC related to case number 2:25-cv-01337-JCM-BNW are hereby satisfied by way of this stipulation.

**IT IS SO ORDERED**.                              _____
                                                    UNITED STATES DISTRICT JUDGE
                                                    DATED: November 5, 2025.

# Westley Villanueva

**From:** Shelby A. Dahl <sdahl@hutchlegal.com>
**Sent:** Tuesday, November 4, 2025 9:53 AM
**To:** Westley Villanueva; William R. Urga
**Cc:** Linda Schone
**Subject:** RE: 2:25-cv-01337-JCM-BNW - Aileen Ormsby et al. v. Nexus RVS, LLC et al.,

Westley, you can affix Bill's signature to the stipulation and order. We will take care of the Indiana judgment.

Thanks,
Shelby


Shelby A. Dahl
Attorney



HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized..


**From:** Westley Villanueva <wes@wuvfirm.com>
**Sent:** Tuesday, November 4, 2025 9:35 AM
**To:** William R. Urga <wurga@hutchlegal.com>; Shelby A. Dahl <sdahl@hutchlegal.com>
**Cc:** Linda Schone <lschone@hutchlegal.com>
**Subject:** 2:25-cv-01337-JCM-BNW - Aileen Ormsby et al. v. Nexus RVS, LLC et al.,

> **CAUTION:** This email originated from outside the organization.

Hi all,

I've revised the stipulation and order as the court rejected my prior version due to the Indiana case number 3:19-cv-626 DRL.

I believe this version should be acceptable to the judge. Please let me know if I can affix your signature.

Will your client satisfy the judgment in Indiana? I'll have no ability to file anything with that court.


Westley U. Villanueva, Esq.
WUV Firm

1